**APPENDIX A**

**Public Characterizations of the Acquisition as an "Acquisition" or "Merger"**

| Source | Relevant Language (Emphasis Added) |
|---|---|
| **July 8, 2021 Circle Press Release** (https://www.circle.com/hubfs/investors/Press-Release-Circle-Concord-July2021.pdf) | "Circle, a global financial technology firm that provides payments and treasury infrastructure for internet businesses, announced today that it has entered into a definitive business combination agreement with Concord Acquisition Corp ('Concord') (NYSE: CND), a publicly traded special purpose acquisition company. Under the terms of the agreement, a new Irish holding company (the 'Company') will **acquire** both Concord and Circle and become a publicly-traded company, expected to trade on the NYSE under the symbol 'CRCL'. The transaction values Circle at an enterprise value of $4.5 billion." |
| **July 8, 2021 Transcript of Concord Acquisition Corp & Circle Internet Financial Audio NetRoadshow** (https://www.sec.gov/Archives/edgar/data/1824301/000121390021036070/ea143875ex99-2_concordacq.htm) | "Dante Disparte [Chief Strategy Officer and Head of Global Policy for Circle]: Hello and welcome to Circle Internet Financial's investor presentation detailing today's announcement of its intended **merger** with Concord Acquisition Corp." <br><br> "Bob Diamond [Chairman of Concord Acquisition Corp]: When we made a decision to issue our first SPAC, Concord Acquisition Corp in December 2020, we could not have imagined a better **merger** partner than Circle." |
| **July 8, 2021 Article from Law360** (https://www.law360.com/articles/1401287/greenberg-goodwin-steer-spac-deal-for-4-5b-fintech-circle) | "Blockchain-based payments company Circle will go public at an enterprise value of $4.5 billion by **merging** with a special purpose acquisition vehicle, the companies said Thursday, in a transaction built by respective legal |

| Source | Relevant Language (Emphasis Added) |
|---|---|
|  | advisers Goodwin Procter LLP and Greenberg Traurig LLP." <br><br> "That money, together with up to $276 million in Concord's trust account, means the deal will result in about $691 million of gross proceeds for the **merged** entity." |
| **July 8, 2021 Article from Reuters** (https://www.reuters.com/legal/transactional/goodwin-greenberg-traurig-drive-circles-union-with-bob-diamonds-spac-2021-07-08/) | "Goodwin Procter and Greenberg Traurig are spearheading cryptocurrency platform Circle's efforts to go public through a $4.5 billion **merger** with a blank check company backed by former Barclays PLC CEO Bob Diamond." <br><br> "In the Circle **merger**, Concord Acquisition's financial adviser is Goldman Sachs & Co. LLC, and Circle's lead capital markets adviser is Cowen Inc." |
| **July 8, 2021 Article from Reuters** (https://www.reuters.com/technology/fintech-firm-circle-go-public-45-bln-blank-check-deal-2021-07-08/) | "Fintech Circle to **merge** with Bob Diamond-backed SPAC in $4.5 bln deal" <br><br> "Circle, which provides payments infrastructure for digital currencies, said on Thursday it would go public in a blank-check **merger** deal that values it at $4.5 billion, at a time crypto firms are battling increased regulatory scrutiny." <br><br> "Circle will **merge** with Concord Acquisition Corp (CND.N), which is backed by former Barclays boss (BARC.L) Bob Diamond, and the combined entity will be |

| Source | Relevant Language (Emphasis Added) |
|---|---|
| | **acquired** by a new Irish holding company that will trade on the New York Stock Exchange."<br><br>"After the **merger**, Circle will start trading under the ticker symbol 'CRCL.'" |
| **July 8, 2021 Article from Reuters** (https://www.reuters.com/breakingviews/bob-diamond-spac-takes-aim-his-former-employer-2021-07-08/) | "The erstwhile Barclays (BARC.L) boss's blank-cheque vehicle is **merging** with digital-currency operator Circle, whose blockchain-based products may one day threaten corporate banks' core business."<br><br>"Boston-based Circle will go public via a **merger** with the SPAC while also raising $415 million from institutional investors including hedge fund Marshall Wace." |
| **July 8, 2021 Article from Forbes** (https://www.forbes.com/sites/ninabambysheva/2021/07/08/stablecoin-developer-circle-to-go-public-via-spac-deal-at-45-billion-valuation/?sh=3d0b06fc689d) | "Circle, payments infrastructure provider and principal developer of the second largest stablecoin USD Coin (USDC), is going public via a **merger** with Concord Acquisition Corp., a publicly traded special purpose acquisition company led by former Barclays CEO Bob Diamond."<br><br>"Under the terms of the deal, announced today, a newly established Irish holding company will **acquire** both Concord and Circle and become a publicly traded company, expected to trade on the New York Stock Exchange under the ticker CRCL." |
| **July 8, 2021 Article from Bloomberg** (https://www.bloomberg.com/news/articles/2021-07-08/stablecoin-issuer-circle-to-go-public-in-4-5-billion-spac-deal) | "Circle, the issuer of the USDC stablecoin, is set to go public in a **merger** with special purpose acquisition company Concord Acquisition Corp." |

| Source | Relevant Language (Emphasis Added) |
|---|---|
| **July 8, 2021 Article from TechCrunch** (https://techcrunch.com/2021/07/08/cryptocurrency-company-circle-to-go-public-in-spac-deal/) | "Circle has announced that it plans to become a public company. The cryptocurrency company will **merge** with Concord Acquisition Corp, a SPAC." |
| **July 8, 2021 Article from Digital Transactions** (https://www.digitaltransactions.net/blockchain-payments-pioneer-circle-will-go-public-in-a-4-5-billion-spac-deal/) | "The SPAC trend has come to the blockchain industry. Circle Internet Financial Inc. announced early Thursday it has agreed to be **acquired** by Concord Acquisition Corp., a special purpose acquisition company, in a deal that will take Circle public and values the 8-year-old company at $4.5 billion." <br><br> "On completion of the **merger**, current Circle shareholders will own approximately 86% of the new entity, according to information released Thursday. Circle expects to use the funds from the transaction to support product development." |
| **July 8, 2021 Article from Boston Business Journal** (https://www.bizjournals.com/boston/news/2021/07/08/financial-tech-firm-circle-goes-public-via-spac.html) | "The financial tech startup said Thursday it plans to go public through a reverse **merger** with Concord Acquisition Corp. (NYSE: CND), a special purpose acquisition corporation, or SPAC. The deal values Circle at $4.5 billion." <br><br> "Under the terms of the agreement, a new Irish holding company will **acquire** both Concord and Circle and become a publicly-traded company. The final company is expected to trade on the New York Stock Exchange under the symbol 'CRCL.'" <br><br> "In the public documents related to the reverse **merger**, Circle disclosed that in 2017 the U.S. Securities and Exchange Commission filed a complaint against Poloniex, |

-4-

| Source | Relevant Language (Emphasis Added) |
|---|---|
|  | a cryptocurrency exchange that Circle acquired in early 2018 for about $400 million." |
| **July 8, 2021 Article from MarketWatch** (https://www.marketwatch.com/story/circle-to-go-public-at-a-45-billion-valuation-through-merger-with-spac-concord-acquisition-2021-07-08) | "Circle is set to go public, after the provider of payments and treasury infrastructure to internet companies announced Thursday a **merger** agreement with special purpose acquisition company (SPAC) Concord Acquisition Corp. CND, , [*sic*] in a deal that values Circle at $4.5 billion." |
| **July 8, 2021 Article from CNBC** (https://www.cnbc.com/2021/07/08/digital-currency-company-circle-to-go-public-via-spac-at-4point5-billion-valuation.html) | "Payments and digital currency firm Circle plans to go public later this year through a **merger** with special purpose acquisition company Concord Acquisition Corp." |
| **July 8, 2021 Article from the Wall Street Journal** (https://www.wsj.com/articles/cryptocurrency-operator-circle-to-go-public-in-4-5-billion-spac-merger-11625754758) | "Cryptocurrency Operator Circle to Go Public in $4.5 Billion SPAC **Merger**"<br><br>"Circle Internet Financial Inc., one of the biggest companies in the cryptocurrency sector, is **merging** with a special-purpose acquisition company to go public in a deal that values the company at $4.5 billion."<br><br>"On Thursday, Circle said it is **merging** with Concord Acquisition Corp., a SPAC sponsored by investment firm Atlas Merchant Capital that raised $276 million in its December initial public offering."<br><br>"Investors in the Circle **merger** include Fidelity Management & Research Co., Third Point LLC, Marshall Wace and Adage Capital Management." |

| Source | Relevant Language (Emphasis Added) |
|---|---|
| **July 9, 2021 Press Release by Circle's Counsel Goodwin** (https://www.goodwinlaw.com/news/2021/07/07_09-circle-to-go-public-through-business) | "The Fintech and Digital Currency & Blockchain teams advised Circle on its definitive business combination agreement with Concord Acquisition Corp (NYSE: CND). Under the terms of the agreement, a new Irish holding company will **acquire** both Concord and Circle and become a publicly traded company, expected to trade on the NYSE under the symbol 'CRCL'. The transaction values Circle at an enterprise value of $4.5 billion." |
| **July 9, 2021 Article from the Boston Globe** (https://www.bostonglobe.com/2021/07/08/business/cryptocurrency-startup-circle-going-public-via-spac/) | "As part of the **merger**, Circle will raise almost $700 million in fresh capital from investors including Marshall Wace LLP, Fidelity Management & Research Company LLC, and Adage Capital Management LP."<br><br>"The company's new stock ticker will be 'CRCL.' The **merger** is expected to be completed by the end of the year. Shares of Concord Acquisition Corp. gained 7 percent to close at $10.57 on Thursday." |
| **July 16, 2021 Article from The Cointelegraph** (https://cointelegraph.com/news/circle-ipo-further-legitimizes-crypto-before-regulators-outsiders) | "Circle's **merger** with Concord Acquisition Corp, a special purpose acquisition company, or SPAC, values Circle at $4.5 billion, and the combined entity is expected to debut on the New York Stock Exchange under the ticker CRCL before the end of the year."<br><br>"The **merger**/offering was generally applauded within the crypto industry."<br><br>"Still, few expected the IPO process to come undone. Imposition of new regulations on stable coins - as per the STABLE Act - or the introduction of a major central bank digital currency could impact the future of stablecoins, |

| Source | Relevant Language (Emphasis Added) |
|---|---|
|  | suggested [executive director at financial service firm Oppenheimer & Co. Inc.] Lau, 'but I wouldn't say they would derail the public offering/**merger**.'" |
| **February 17, 2022 Press Release from Circle** (https://www.prnewswire.com/news-releases/circle-valued-at-9b-in-new-transaction-terms-agreed-with-concord-acquisition-corp-301484791.html) | "Under the terms of the new agreement, the holding company that was set up in connection with the original business combination (the 'Company') will **acquire** both Concord and Circle and become a publicly-traded business, expected to trade on the NYSE under the symbol 'CRCL.'" |
| **February 17, 2022 Article from The Cointelegraph** (https://cointelegraph.com/news/circle-s-valuation-doubles-to-9b-following-revised-merger-agreement-with-concord) | "Circle's valuation doubles to $9B following revised **merger** agreement with Concord." "USD Coin operator Circle has seen its valuation double to $9 billion after the company revised its **merger** agreement with Concord Acquisition Corp, a special purpose acquisition company (SPAC) founded in 2020." "Consistent with the original agreement, Circle remains committed to becoming a publicly-traded company once the business **merger** is finalized and a new company is designated. That new company will **acquire** both Circle and Concord and become a publicly-traded business to be listed on the New York Stock Exchange under the ticker symbol 'CRCL.'" |
| **February 18, 2022 Article from Fintech Finance News** (https://ffnews.com/newsarticle/circle-valued-at-9b-in-new-transaction-terms-agreed-with-concord-acquisition-corp/) | "Under the terms of the new agreement, the holding company that was set up in connection with the original business combination (the 'Company) will **acquire** both Concord and Circle and become a publicly-traded |

| Source | Relevant Language (Emphasis Added) |
|---|---|
| | business, expected to trade on the NYSE under the symbol 'CRCL.'" |
| **February 18, 2022 Article from BankingDive** (https://www.bankingdive.com/news/circle-delays-spac-merger-doubles-valuation-to-9b/619121/) | "Circle delays SPAC **merger**, doubles valuation to $9B"<br><br>"Circle, which issues the second-largest stablecoin by market capitalization, still plans to combine with Concord and eventually list on the New York Stock Exchange. But the SPAC **merger** is hanging fire 'for a variety of reasons outside of the parties' control,' Circle said in its press release."<br><br>"A month after Circle announced its decision to **merge** with Concord, the crypto firm declared it would seek a charter to become a full-reserve national commercial bank." |
| **February 22, 2022 Article from Protocol** (https://www.protocol.com/fintech/circle-ceo-jeremy-allaire) | "Circle is gearing up to go public in a SPAC **merger** with Concord Acquisition Group." |
| **February 23, 2022 Article from The Cointelegraph** (https://cointelegraph.com/news/stablecoin-issuer-circle-launches-business-accounts-for-usdc-transactions) | "As Cointelegraph reported, Circle saw its valuation double to $9 billion earlier this month after it revised a planned **merger** agreement with Concord Acquisition Corp, a special purpose acquisition company founded in 2020. Circle and Concord are expected to finalize their merger by Dec. 8, 2022." |
| **May 19, 2022 Article from Barron's** (https://www.barrons.com/articles/circle-concord-spac-stablecoin-usdc-crypto-crash-51652919174) | "Circle Internet Financial, backer of the 'stablecoin' USD Coin, says it remains committed to its $9 billion **merger** with Concord Acquisition." |

| Source | Relevant Language (Emphasis Added) |
|---|---|
|  | "Jeremy Allaire, Circle's co-founder and CEO, said on Wednesday that he had initially thought a **merger** with Concord (ticker: CND), a special-purpose acquisition company, would take six to eight months."<br><br>"Ten months later, the SPAC **merger** is still awaiting regulatory approval at the SEC."<br><br>"Circle and Concord now have until Dec. 8 to complete the **merger**, with the potential to extend that date to Jan. 31, 2023." |
| **June 7, 2022 Article from S&P Global** (https://www.spglobal.com/marketintelligence/en/news-insights/latest-news-headlines/concord-acquisition-extends-merger-deal-with-crypto-finance-company-circle-70677405) | "Concord acquisition extends **merger** deal with crypto finance company Circle."<br><br>"Concord and Circle initially announced their **merger** in July 2021 but revised the deal in February, agreeing to new transaction terms that valued Circle at $9 billion." |
| **June 16, 2022 Article from Bloomberg** (https://www.bloomberg.com/news/articles/2022-06-16/as-usdc-stablecoin-gains-momentum-a-euro-version-is-on-its-way) | "The growth of USDC has doubled the value of Circle's planned **merger** with special purpose acquisition company Concord Acquisition Corp. to $9 billion. However, the date of the deal's closing has been pushed back multiple times amid heightened scrutiny of SPAC mergers." |
| **October 31, 2022 Article from Forbes** (https://www.forbes.com/sites/stevenehrlich/2022/10/31/circles-spac-partner-looks-to-delay-9-billion-acquisition-of-stablecoin-issuer-until-2023/?sh=37f8f7344c73) | "Circle's SPAC Partner Looks to Delay $9 Billion **Acquisition** of Stablecoin Issuer Until 2023." |

| Source | Relevant Language (Emphasis Added) |
|---|---|
| **December 5, 2022 Article from Cointelegraph** (https://cointelegraph.com/news/usdc-issuer-circle-terminates-spac-merger-with-concord) | "USDC Issuer Circle Terminates SPAC **merger** with Concord"<br><br>"Circle, the issuer of USD Coin, announced the mutual termination of its proposed **merger** with the special purpose acquisition company (SPAC) Concord Acquisition on Dec. 5." |
| **December 6, 2022 Article from Banking Dive** (https://www.bankingdive.com/news/circle-concord-terminate-9b-spac-merger-crypto-stablecoin/638099/) | "Stablecoin issuer Circle and special-purpose acquisition company (SPAC) Concord Acquisition Corp. have mutually terminated their **merger** once valued at $9 billion, the firms announced Monday."<br><br>"The companies initially expected the **merger**, announced in July 2021, to close by the end of that year." |
| **December 13, 2022 Article from FinTech Futures** (https://www.fintechfutures.com/2022/12/circle-scraps-proposed-spac-deal-with-concord/) | "Fintech firm Circle and special-purpose acquisition company (SPAC) Concord Acquisition Corp have nixed a proposed $9 billion **merger** deal."<br><br>"Termination of the proposed **merger** was approved by the board of directors of both Concord and Circle." |