# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/24
```

September 10, 2024

By ECF

Honorable Victor Marrero
    United States District Judge
        Southern District of New York
            500 Pearl Street, Suite 1610
                New York, NY 10007.

    Re:    *Fin. Tech. Partners LP et al.* v. *Circle Internet Fin. Ltd. et al.*, No. 24-cv-4717 (VM) (SDA)

Dear Judge Marrero:

    I represent Plaintiffs Financial Technology Partners L.P. and FTP Securities LLC ("Plaintiffs") in the above-referenced action. Plaintiffs' reply brief regarding their Motion to Remand, ECF No. 42, is currently due Thursday, September 12, 2024 pursuant to Local Rule 6.1(b). Plaintiffs respectfully request an extension of one week, to September 19, 2024, to file their reply brief. Defendants consent to this request.

    This letter reflects Plaintiffs' first request for an extension of time to file their reply brief.

Sincerely,

/s/ *Matthew A. Schwartz*
Matthew A. Schwartz

cc:    All counsel of record (via ECF)

```
Request GRANTED.

SO ORDERED.
Dated: 9/12/24                    _____
                                  Victor Marrero
                                  U.S.D.J.
```