# BartlitBeck LLP

Adam L. Hoeflich
Adam.Hoeflich@BartlitBeck.com

March 25, 2025

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
main: (312) 494-4400
direct: (312) 494-4473

**BY ECF**

BartlitBeck.com

The Honorable Victor Marrero
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Ste. 1610
New York, New York 10007

> Re: *Financial Technology Partners LP, et al. v. Circle Internet Financial Limited*, No. 24 Civ. 4717 (VM)

Dear Judge Marrero:

I represent Defendant Circle Internet Financial Limited ("Circle") in the above matter. The Court's March 24, 2025 order on Circle's partial motion to dismiss, *see* Dkt. 75, triggered Circle's 14-day deadline to answer the Amended Complaint, *see Lombardo v. Dr. Seuss Enterprises, L.P.*, No. 16 Civ. 9974 (AKH), 2017 WL 1378413, at *3 (S.D.N.Y. Apr. 7, 2017) (filing a partial motion to dismiss "postpones a defendant's time to answer until fourteen days after the motion is decided" (quotations omitted)). Circle respectfully requests a 21-day extension of time (until April 28, 2025) to answer the Amended Complaint. This is Circle's first request to extend the 14-day deadline for Circle to answer the Amended Complaint upon the Court's ruling on Circle's partial motion to dismiss. The parties previously stipulated to, and the Court granted, an extension of time for Circle to answer, move, or otherwise respond to the Amended Complaint to a date after a ruling on Plaintiffs' motion to remand. *See* Dkt. 50. Plaintiffs Financial Technology Partners LP and FTP Securities LLC consent to this motion.

Sincerely,

Adam L. Hoeflich

cc: Counsel of Record (By ECF)