**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2025
```

FINANCIAL TECHNOLOGY PARTNERS LP, et al.

                Plaintiffs,

- against -

CIRCLE INTERNET FINANCIAL LIMITED,

                Defendant.

**24 Civ. 4717 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiffs originally brought this action in New York State Supreme Court, New York County. (See Dkt. No. 1.) Defendant removed this action to the Southern District of New York on June 20, 2024. (See id.) Plaintiffs filed an Amended Complaint on July 31, 2024. (See Dkt. No. 40.) On November 18, 2024, the Court denied Plaintiffs' motion to remand this action to state court. (See Dkt. No. 61.) On March 24, 2025, the Court granted Defendant's partial motion to dismiss the Amended Complaint. (See Dkt. No. 75.) Defendant filed an Answer to the Amended Complaint on April 28, 2025. (See Dkt. No. 78.)

    The parties are hereby directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the

claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    29 April 2025
         New York, New York

                                    _____
                                           Victor Marrero
                                              U.S.D.J.