```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Financial Technology Partners LP et al.,

                          Plaintiffs,

-against-

Circle Internet Financial Limited,

                          Defendant.

1:24-cv-04717 (VM) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Thursday, June 5, 2025, at 11:00 a.m. to address the proposed Case Management Plan filed at ECF No. 81. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:      New York, New York
                May 30, 2025

_____
STEWART D. AARON
United States Magistrate Judge