# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

December 22, 2025

By ECF

Honorable Stewart D. Aaron
    United States Magistrate Judge
        Southern District of New York
            500 Pearl Street, Room 1970
            New York, NY 10007.

Application GRANTED. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 119.
SO ORDERED.
Dated: December 23, 2025

          Re:    *Fin. Tech. Partners LP et al.* v. *Circle Internet Fin. Ltd.*,
                    No. 24-cv-4717 (VM) (SDA)

Dear Judge Aaron:

        I represent Plaintiffs Financial Technology Partners L.P. and FTP Securities LLC (together "FT Partners") in the above-referenced action and write on behalf of both parties to respectfully request that FT Partners' letter-motion filed at ECF No. 119 be withdrawn.

        The parties have met and conferred and agreed on the scope of the requests, search terms, custodians and date ranges, as directed by the Court's Order at ECF No. 123. The parties have agreed to defer certain topics pending other negotiations, but at this time do not require the Court to decide any issues.

                             Respectfully submitted,

The Honorable Stewart D. Aaron                                             -2-

/s/ Matthew A. Schwartz
Robert A. Sacks
Matthew A. Schwartz
Benjamin R. Walker
Christopher M. Weldon
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
sacksr@sullcrom.com
schwartzmatthew@sullcrom.com
walkerb@sullcrom.com
weldonc@sullcrom.com

*Attorneys for Plaintiffs Financial Technology Partners L.P. and FTP Securities LLC*