**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Financial Technology Partners LP et al.,** | |
| **Plaintiffs,** | **1:24-cv-04717 (VM) (SDA)** |
| **-against-** | **ORDER** |
| **Circle Internet Financial Limited,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that Defendant's Letter Motion to compel (ECF No. 136) is GRANTED IN PART and DENIED IN PART as follows:

1. Plaintiffs shall produce unredacted versions of the previously produced engagement letters, except that Plaintiffs may redact personally identifying information and bank account numbers.

2. With respect to Request Nos. 67-68 and 70, Plaintiffs shall produce any documents regarding Plaintiffs' reputation that Plaintiffs intend to rely upon at trial.

3. Plaintiffs shall produce documents responsive to Request Nos. 55 and 66 to the extent they relate to de-SPAC transactions.

**SO ORDERED.**

DATED:    New York, New York
          February 12, 2026

_____
STEWART D. AARON
United States Magistrate Judge