**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Financial Technology Partners LP et al.,**

                  **Plaintiffs,**

      **-against-**

**Circle Internet Financial Limited,**

                  **Defendant.**

**1:24-cv-04717 (VM) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, March 16, 2026, at 3:00 p.m. to address Defendant's Letter Motion filed at ECF No. 143. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:     New York, New York
            March 11, 2026

_____
STEWART D. AARON
United States Magistrate Judge