**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **Financial Technology Partners LP et al.,** |
| **Plaintiffs,** |
| **-against-** |
| **Circle Internet Financial Limited,** |
| **Defendant.** |

**1:24-cv-04717 (VM) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendant appeared. For the reasons stated on the record, the Court in its discretion GRANTS Plaintiffs' Letter Motion, filed on March 24, 2026 (ECF No. 151). Circle shall produce all draft and final minutes of Circle and Circle US Board meetings at which the Circle IPO was discussed.

**SO ORDERED.**

DATED:      New York, New York
            April 3, 2026

_____
STEWART D. AARON
United States Magistrate Judge