**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Financial Technology Partners LP et al.,**

                                        **Plaintiffs,**

                    **-against-**

**Circle Internet Financial Limited,**

                                        **Defendant.**

**1:24-cv-04717 (VM) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is FT Partners' Letter Motion seeking to compel Circle to produce documents responsive to Request Nos. 42, 43 and 50 in FT Partners' First Requests for Production (Pls.' 3/31/26 Ltr. Mot., ECF Nos. 161/162), as well as two related motions to seal. (Jt. Ltr. Mot. to Seal, ECF No. 160; Def.'s Ltr. Mot. to Seal, ECF No. 164.)

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that Plaintiffs' Letter Motion is GRANTED IN PART and DENIED IN PART as follows:

1.  With respect to Request No. 43, Circle shall produce the full unredacted Coinbase Transaction Agreements with an Outside Attorneys' Eyes Only designation. Upon review, FT Partners may make an appropriate application to downgrade the designation to Highly Confidential. FT Partners' request for draft agreements is denied as not relevant and/or proportional to the needs of the case.

2.  FT Partners' Letter Motion is denied with respect to Request No. 50. The Court, in its discretion, finds that the additional documents sought are not proportional to the needs of the case.

3. With respect to Request No. 42, Circle shall run the additional four search terms regarding Coinbase (*see* Pls.' 3/31/26 Ltr. Mot. Ex. C, ECF No. 162-3, at 5) and produce documents in response to narrowed topics 1-8 (*see* Pls.' 3/31/26 Ltr. Mot. at 2), except that for topics 6 through 8 Circle need only produce documents containing Circle's views on these topics. (*See* Ltr. Reply, ECF no. 169, at 1 n.1.)

It is further ORDERED that the Letter Motion to seal filed at ECF No. 160 is GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART and the Letter Motion to seal filed at ECF No. 164 is GRANTED. The requests to seal are granted with respect to the proposed redactions in Plaintiffs' Letter Motion and Exhibit C thereto; Circle's response and Exhibit C thereto; and Plaintiffs' reply. The Court finds that these redactions are narrowly tailored to protect sensitive business information. *See SEC v. Ripple Labs, Inc.*, No. 20-cv-10832 (AT), 2023 WL 3477552, at *6 (S.D.N.Y. May 16, 2023). However, the request to seal the entirety of Exhibit B to FT Partners' Letter Motion (*see* Jt. Ltr. Mot. to Seal, at 1) is denied without prejudice. No later than April 21, 2026, Circle shall file a renewed Letter Motion to seal specifying the need for sealing of the entire exhibit, as opposed to more limited redactions, particularly in view of public filings and other disclosures made about the Coinbase Transaction.

**SO ORDERED.**

DATED:        New York, New York
              April 14, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2