UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINANCIAL TECHNOLOGY
PARTNERS LP AND FTP
SECURITIES LLC,

                    *Plaintiffs,*                        Case No. 1:24-cv-04717

v.

CIRCLE INTERNET FINANCIAL
LIMITED,

                    *Defendant.*

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Sean W. Gallagher, for admission to practice *pro hac vice* in the above-captioned action, is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

Sean W. Gallagher
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
sean.gallagher@bartlitbeck.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Circle Internet Financial Limited in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___4/17/2026___

_____

Hon. Stewart D. Aaron United States Magistrate Judge