**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FINANCIAL TECHNOLOGY
PARTNERS LP AND FTP
SECURITIES LLC,

        *Plaintiffs,*

v.

CIRCLE INTERNET FINANCIAL
LIMITED,

        *Defendant.*

Case No. 24 Civ. 4717 (VM) (SDA)

~~[PROPOSED ORDER]~~
**Scheduling Order**

**STEWART D. AARON, United States Magistrate Judge:**

Following a joint letter motion by the parties, and in accordance with Rule 16 of the Federal Rules of Civil Procedure, it is hereby ordered as follows:

1. All fact discovery shall be completed by July 24, 2026.

2. All expert discovery shall be completed by November 20, 2026.

Interim deadlines may be adjusted by the parties without further Order of the Court. Extensions shall be granted for good cause shown. It is further Ordered that the parties shall file another joint letter regarding the status of discovery on June 5, 2026.

**SO ORDERED.**

DATED:    New York, New York
           April 28, 2026

_____
STEWART D. AARON
United States Magistrate Judge