**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Financial Technology Partners LP et al.,**

**Plaintiffs,**

**-against-**

**Circle Internet Financial Limited,**

**Defendant.**

**1:24-cv-04717 (VM) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. Plaintiffs' August 31, 2026 Letter Motion to compel (ECF Nos. 200/201) is GRANTED. No later than September 24, 2026, Defendant shall produce the memorandum at issue to Plaintiffs.
2. Plaintiffs' September 1, 2026 Letter Motion (ECF Nos. 203/204) is GRANTED IN PART and DENIED IN PART. No later than September 24, 2026, Defendant shall produce a copy of the page CIFL0882061 with the first sentence of the first bullet point under FTP Considerations unredacted and the first clause of the third bullet point unredacted.
3. The parties' Joint Letter Motion to seal (ECF Nos. 211/214) is GRANTED.

**SO ORDERED.**

Dated: New York, New York
September 10, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge