**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Financial Technology Partners LP et al.,**

**Plaintiffs,**

**-against-**

**Circle Internet Financial Limited,**

**Defendant.**

**1:24-cv-04717 (VM) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court are the parties' Joint Letter Motions to seal Exhibit A to Plaintiffs' Reply in Support of Plaintiffs' August 31, 2026 Letter Motion to compel and portions of Plaintiffs' Reply in support of Plaintiffs' September 1, 2026 Letter Motion to compel. (9/10/26 Jt. Ltr. Mot. to Seal, ECF Nos. 217/218; 9/11/26 Jt. Ltr. Mot. to Seal, ECF Nos. 220/221). As set forth by the parties, Exhibit A reflects confidential discussions of Circle's Board of Directors and the proposed redactions in Plaintiff's reply refer to Circle's sensitive business information. (*See* 9/10/26 Jt. Ltr. Mot. to Seal at 1; 9/11/26 Jt. Ltr. Mot. to Seal at 1.) In addition, the parties seek to file under seal portions of the declaration from Jeremy Fox-Geen, Circle's Chief Financial Officer, filed in support of the September 11, 2026 Joint Letter Motion to Seal, which refers to the underlying confidential and sensitive information.

For the same reasons that the Court found proposed redactions in related briefing to be warranted (*see* 9/10/26 Order, ECF No. 219 (granting joint motion to seal for the reasons stated on the record during the September 10, 2026 telephone conference), the Court finds that the proposed sealing request and redactions now before the Court are narrowly tailored to prevent unauthorized dissemination of sensitive business information, the protection of which outweighs

the public's right of access. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted); *see also Kewazinga Corp. v. Google LLC*, No. 20-CV-01106 (LGS), 2024 WL 4558070, at *2 (S.D.N.Y. Oct. 21, 2024) (granting a motion to seal where the parties redacted information related to "confidential business . . . strategies").

Accordingly, the parties' Joint Letter Motions to seal (ECF Nos. 217/218 and 220/221) are GRANTED.

**SO ORDERED.**

Dated: New York, New York
September 14, 2026

STEWART D. AARON
United States Magistrate Judge