**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Financial Technology Partners LP et al.,**

**Plaintiffs,**

**-against-**

**Circle Internet Financial Limited,**

**Defendant.**

**1:24-cv-04717 (VM) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that Defendant's Letter Motion to compel (ECF Nos. 223/224) is GRANTED IN PART and DENIED IN PART. Applying proportionality principles, the Court finds, in its discretion, that a forensic examination is warranted but shall be limited to FTP Chief Executive Officer Steve McLaughlin's two iPhones and his iCloud account, and a search for iMessages, SMS text messages and WhatsApp messages. Any recovered files shall be provided to FTP for FTP to produce any responsive, non-privileged materials. The parties shall meet and confer to finalize an appropriate protocol consistent with this Order.

**SO ORDERED.**

Dated: New York, New York
September 28, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge