**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Financial Technology Partners LP et al.,**

**Plaintiffs,**

**-against-**

**Circle Internet Financial Limited,**

**Defendant.**

**1:24-cv-04717 (VM) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court are renewed motions to seal limited portions of documents filed in connection with the parties' briefing on Defendant's September 14, 2026 Letter Motion to compel, for which the Court previously denied sealing without prejudice. (*See* Circle 10/14/26 Letter Motion to Seal, ECF Nos. 245/246; Pls.' 10/16/26 Letter Motion to Seal, ECF No. 247; *see also* 10/2/26 Order, ECF No. 242.[1])

Having reviewed the renewed motions, and for the reasons set forth by the parties, the Court finds that they have met their respective burdens to justify sealing. Circle moves to redact limited portions of its reply memorandum, as well as Exhibit 6 to its September 14, 2026 Letter Motion and Plaintiffs move to redact portions of Exhibit 3 to Circle's Letter Motion. (*See* Circle 10/14/26 Letter Motion to Seal at 1; Pls.' 10/16/26 Letter Motion to Seal at 1-2.) Circle has further explained how the proposed sealing requests are narrowly tailored to protect a non-party's connection to a specific transaction negotiation, such that the privacy interests of the non-party outweigh the relatively modest presumption of public access. (*See* Circle 10/14/26 Letter Motion to Seal at 1.) Plaintiffs have narrowed their request to seal only identities of those current or

[1] The Court applies the same legal standards as set forth in the prior Order. (*See* 10/2/26 Order at 1-2.)

former clients that never completed a transaction and never made public that they had retained FT Partners and have shown that the proposed redactions are narrowly tailored to protect sensitive business information. (*See* Pls.' 10/16/26 Letter Motion at 1-2.)

Accordingly, the renewed motions to seal (ECF Nos. 245/246 and 247) are GRANTED.

**SO ORDERED.**

Dated: New York, New York
October 22, 2026

Stewart D. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge